UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO.: 2:20-cr-103-SPC-MRM

CLAYTON PATRICK SULLIVAN

---

**ORDER**[1]

Before the Court, pursuant to 18 U.S.C. § 492, 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, is the United States' Motion for a Preliminary Order of Forfeiture. (Doc. 68). The Government seeks forfeiture of a **black Canon Printer, model TR-7520, serial number AFWC15896** and a **white Canon Pixma printer, model MG-2522, serial number KMBK24751**. (Doc. 3).

Having reviewed the file and the plea agreement executed by the parties (Doc. 54), and being fully advised of the relevant facts, the Court hereby finds that the printers were used or intended to be used to commit the counterfeit currency offense charged in Count One of the Indictment (Doc. 3), for which the Defendant has pled and been adjudicated guilty.

Accordingly, it is hereby:

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED**, that for good cause shown,

1. The United States' Motion for a Preliminary Order of Forfeiture (Doc. 68) is **GRANTED**.

2. Pursuant to 18 U.S.C. § 492, 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are hereby **FORFEITED** to the United States for disposition according to law.

3. This order shall become a final order of forfeiture as to Defendant Clayton Patrick Sullivan at the time it is entered.

4. The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

**DONE AND ORDERED** in Fort Myers, Florida on May 13, 2021.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record