UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                      CASE NO.: 2:20-cr-103-SPC-MRM

CLAYTON PATRICK SULLIVAN

### FINAL ORDER OF FORFEITURE[1]

Before the Court, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, is the United States' Motion for Final Order of Forfeiture filed on July 14, 2021. (Doc. 77).  The Government seeks forfeiture of a **(1) black Canon Printer, model TR-7520, serial number AFWC15896** and a **(2) white Canon Pixma printer, model MG-2522, serial number KMBK24751**, which assets were subject to a preliminary order of forfeiture issued by the Court on May 13, 2021. (Doc. 69).

In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, beginning May 14, 2021 and continuing through June 12, 2021. (Doc. 73).  The publication gave notice to all third parties with

---

[1] Disclaimer:  Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

a legal interest in the assets to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interests within 60-days of the first date of publication.  No persons or entities have filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 77) is **GRANTED**.  Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.  Clear title to the assets is now vested in the United States of America.

**DONE AND ORDERED** in Fort Myers, Florida on July 19, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record